**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 49 WAL 2019 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| CHARLES F. NEVELS, III, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 31st day of July, 2019, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is denied as to Petitioner's remaining issue. The issue, as stated by Petitioner, is:

> Whether the evidence was insufficient as a matter of law to the charges of Retaliation Against Witnesses or Victim (18 Pa.C.S. § 4953(a)), where the evidence demonstrated that if Petitioner had retaliated against anyone, no such person had been party in a civil matter, but rather had testified or was about to testify in a criminal matter?